```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07211
    CHERYL L MORRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6995


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/20/2006 and was confirmed 09/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.55% from remaining funds.

     The case was paid in full 08/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELTMAN WEINBERG & REIS    UNSECURED             .00           .00           .00
HARRIS BANK                SECURED NOT I         .00           .00           .00
ADVOCATE HEALTH CARE FED   UNSECURED       NOT FILED           .00           .00
ADVOCATE MEDICAL GROUP     UNSECURED       NOT FILED           .00           .00
AMERICAN EXPRESS CENTURI   UNSECURED          2566.06          .00        758.28
PORTFOLIO RECOVERY ASSOC   UNSECURED          2974.00          .00        878.83
CAPITAL ONE                UNSECURED          1973.75          .00        583.25
B-LINE LLC                 UNSECURED          4487.97          .00       1326.21
CHASE                      UNSECURED       NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED           313.71          .00         92.71
ECAST SETTLEMENT CORP      UNSECURED           289.84          .00         85.65
MERCY HEALTH CARE & REHA   UNSECURED       NOT FILED           .00           .00
OAKLAWN RADIOLOGY IMAGIN   UNSECURED       NOT FILED           .00           .00
OMNICARE OF NORTHERN ILL   UNSECURED       NOT FILED           .00           .00
ORLAND PRIMARY CARE SPEC   UNSECURED       NOT FILED           .00           .00
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00           .00
US BANK/FIRSTAR BANK       UNSECURED          5685.98          .00       1680.22
VILLAGE OF OAK LAWN        UNSECURED       NOT FILED           .00           .00
HARRIS BANK                SECURED NOT I         .00           .00           .00
BLITT & GAINES             UNSECURED          6267.89          .00       1852.18
NATIONAL CHECK BUREAU      UNSECURED       NOT FILED           .00           .00
PROMPT AMBULANCE SERVICE   UNSECURED       NOT FILED           .00           .00
SOUTHWEST INFECTIOUS DIS   UNSECURED       NOT FILED           .00           .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
URBAN & BURT LTD           DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                        482.67
DEBTOR REFUND              REFUND                                         160.00

         Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07211 CHERYL L MORRIS
```

```
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 7,900.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        7,257.33
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               482.67
DEBTOR REFUND                                      160.00
                        ---------------        ---------------
TOTALS                  7,900.00                 7,900.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 11/20/08        _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE








                          PAGE   2
          CASE NO. 06 B 07211 CHERYL L MORRIS